

# United States District Court
## Southern District of Florida

CASE NUMBER: CR: 12-2504- GARBER

UNITED STATES OF AMERICA
Plaintiff

VS.

REPORT COMMENCING CRIMINAL ACTION

Darian McKenzie
Defendant

98021-004
USMS NUMBER

TO: CLERK'S OFFICE   (MIAMI)   FT. LAUDERDALE   W. PALM BEACH
U.S. DISTRICT COURT       (CIRCLE ONE)

NOTE: CIRCLE APPROPRIATE LOCATION FOR APPEARANCE IN MAGISTRATES COURT ABOVE

COMPLETE ALL ITEMS.   INFORMATION THAT IS NOT APPLICALBE, MARK N/A

(1) DATE AND TIME OF ARREST: 4/11/12   A.M. ___ (P.M.) 9:30

(2) LANGUAGE SPOKEN: English

(3) OFFENSE CHARGED: Title 18 USC 1029 & Title 18 USC 1028

(4) DATE OF BIRTH: 12/3/91

(5) TYPE OF CHARGING DOCUMENT:   (CHECK ONE)
{ } INDICTMENT      {X} COMPLAINT TO BE FILED/ALREADY FILED
{ } BENCH WARRANT FOR FAILURE TO APPEAR
{ } PROBATION VIOLATION WARRANT
{ } PAROLE VIOLATION WARRANT
ORIGINAL DISTRICT: SDFL

(6) REMARKS:

(7) DATE: 4/11/12   (8) ARRESTING OFFICER: Louis Maurino
(9) AGENCY: USSS   (10) PHONE: 305/863-5050
(11) COMMENTS: